**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROSE MARY MILES-RICHARDSON,

    Plaintiff,

                                                                Case No. 09-11275

v.                                                                   Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed this case seeking Social Security disability-insurance benefits. This matter currently comes before the Court on Magistrate Judge Whalen's Report and Recommendation [dkt 18], in which the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation and the time period to do so has elapsed.

After a thorough review of the transcript, the court file, and the Report and Recommendation, the Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, it is HEREBY ORDERED that Plaintiff's complaint [dkt 1] is DISMISSED WITH PREJUDICE for failure to prosecute under Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: May 3, 2010

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 3, 2010.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290